IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MIKAELLA C. ALFARO,

     Plaintiff,                               No. 2:12-cv-2735-JAM-EFB PS

   vs.

ANTHONY J. ALFARO,

     Defendant.                         <u>ORDER</u>

_____/

        On November 8, 2012, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  No objections were filed.

        The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

        Accordingly, IT IS ORDERED that:

        1. The proposed Findings and Recommendations filed November 8, 2012, are ADOPTED;

        2. Plaintiff's application for leave to proceed *in forma pauperis* is denied;

////

////

3. Plaintiff is given thirty days in which to pay the filing fee of $350.00; and

4. Failure to timely pay the filing fee will result in a recommendation by the magistrate judge that this action be dismissed.

DATED: November 29, 2012

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE